*R. D. Logan* and *B. F. Brown*, for appellant.

———————◆———————

Robinson *v.* Starley.

APPEAL from the *Howard* Common Pleas.

FRAZER, J.—Everything done by the court below was in strict accordance with the express consent of the appellant, who waived process, entered his appearance in person, and, by agreement, allowed judgment on a note and mortgage, for $1,593, to be entered against him, with a stay of execution for six months without bail. This was in *October*, 1866. The case is now submitted without any argument for the appellant.

If the judgment may be deemed to have been taken by confession, then, by express statute, it operates as a release of errors. If not a judgment by confession, then the agreement must be deemed a waiver of the right to plead, and an admission of the truth of the averments of

the complaint. 2 G. & H., § 74, p. 100. This appeal calls for heavy damages.

The judgment is affirmed, with six per cent. damages and costs.

*J. W. Robinson,* for appellant.

*N. R. Linsday.* and *J. A. Lewis,* for appellee.